Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Reinfro, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Reinfro LLC** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **7 4 – 2 7 9 6 0 5 9** |

**4. Debtor's address**

**Principal place of business**

**30512 Ratliff St**
Number      Street

**San Benito, TX 78586-0272**
City                                State    ZIP Code

**Cameron**
County

**Mailing address, if different from principal place of business**

**1225 N Expressway Ste C1-192a**
Number      Street

**Brownsville, TX 78520-8674**
City                                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                                State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.reinfro.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Reinfro, LLC**                                                                Case number *(if known)* _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>3</u>  <u>3</u>  <u>2</u>  <u>8</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

         District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                        MM / DD / YYYY

         Case number, if known _____

Debtor   **Reinfro, LLC**
_____     Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　　What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　　　　　　　　　　Number　　　Street<br><br>　　　　　　　　　　　_____<br><br>　　　　　　　　　　　_____<br>　　　　　　　　　　　City　　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor    **Reinfro, LLC**
Name

Case number *(if known)* _____

---

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/18/2026**
MM/ DD/ YYYY

**X**   **/s/ Raul Gonzalez**           **Raul Gonzalez**
Signature of authorized representative of debtor       Printed name

Title    **Vice President**

**18. Signature of attorney**

**X**   **/s/ Robert C Lane**    Date **02/18/2026**
Signature of attorney for debtor            MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number      Street

**Houston**        **TX**    **77036-3369**
City            State    ZIP Code

**(713) 595-8200**       **notifications@lanelaw.com**
Contact phone            Email address

**24046263**        **TX**
Bar number            State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | **$1,350,296.87** |
| b. Total debts (including debts listed in 2.c., below) | **$1,728,647.00** |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____   _____

secured ☐  unsecured ☐  subordinated ☐  _____   _____

secured ☐  unsecured ☐  subordinated ☐  _____   _____

secured ☐  unsecured ☐  subordinated ☐  _____   _____

secured ☐  unsecured ☐  subordinated ☐  _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____

3. Brief description of debtor's business _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

Fill in this information to identify the case:

Debtor name _____**Reinfro, LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/18/2026__          **X** **/s/ Raul Gonzalez**_____
       MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                        **Raul Gonzalez**_____
                        Printed name

                        **Vice President**_____
                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name     **Reinfro, LLC**

United States Bankruptcy Court for the:

    **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Small Business Administration<br><br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | | UCC | | | | $495,000.00 |
| 2 | International Bank of Commerce IBC<br><br>1200 San Bernardo Ave<br>Laredo, TX 78040-6301 | | Line of Credit | | | | $238,536.00 |
| 3 | Ascentium Capital<br><br>23970 Highway 59 North<br>Kingwood, TX 77339 | | UCC | | | | $163,271.00 |
| 4 | Leaf Capital Funding, LLC<br><br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | | UCC | | | | $158,698.00 |
| 5 | Leaf Capital Funding, LLC<br><br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | | UCC | | | | $93,360.00 |
| 6 | Leaf Capital Funding, LLC<br><br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | | UCC | | | | $87,446.00 |
| 7 | Leaf Capital Funding, LLC<br><br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | | UCC | Disputed | | | $78,478.00 |
| 8 | Leaf Capital Funding, LLC<br><br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | | UCC | | | | $69,457.00 |

Debtor **Reinfro, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 | | UCC | Disputed | | | $66,590.00 |
| 10 Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 | | UCC | | | | $62,327.00 |
| 11 Leaf Capital Funding, LLC 2005 Market Street, 14th Floor Philadelphia, PA 19103 | | UCC | | | | $52,157.00 |
| 12 Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 | | UCC | Disputed | | | $46,507.00 |
| 13 Leaf Capital Funding, LLC 2005 Market Street, 14th Floor Philadelphia, PA 19103 | | UCC | | | | $46,281.00 |
| 14 Ascentium Capital 23970 Highway 59 North Kingwood, TX 77339 | | UCC | | | | $41,426.00 |
| 15 Tab Bank 4185 Harrison Blvd Ogden, UT 84403-2475 | | UCC | | | | $15,000.00 |
| 16 First Bankcard Po Box 2557 Omaha, NE 68103-2557 | | Credit Card | | | | $8,079.00 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor Name  **Reinfro, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **IBC Bank** | **Checking account** | **6  3  2  8** | $308.75 |
| 3.2. | **PNC Bank** | **Checking account** | **5  1  7  6** | $562.11 |
| 3.3. | **International Bank of Commerce** | **Checking account** | **6  0  8  7** | $42.39 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $913.25 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Reinfro, LLC**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

---

**Part 3:**   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |
| | 11a. 90 days old or less: | $260,149.60 — $11,165.17 =....➔ | $248,984.43 |
| | | face amount    doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | $167,396.15 — $117,887.96 =.....➔ | $49,508.19 |
| | | face amount    doubtful or uncollectible accounts | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $298,492.62

---

**Part 4:**   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | % of ownership: | | |
|---|---|---|---|
| Name of entity: | | | |
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

---

Debtor   **Reinfro, LLC**

Name

Case number *(if known)*

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

**Part 5:**    Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor        **Reinfro, LLC**
              _____              Case number *(if known)* _____
              Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

---

Debtor   **Reinfro, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | | | |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Grieve Electric Oven | unknown | | unknown |
| Forklifts | unknown | | unknown |
| Hitachi High Technologies Atomic Absorption Analyst | unknown | | unknown |
| Immersion cooling system | unknown | | unknown |
| Quincy Compressor | unknown | | unknown |
| Electric Hoist, Girder Crane | unknown | | unknown |
| Reverse Osmosis System Filter Press | unknown | | unknown |
| Quincy Compressor Polar Eaton Screw | unknown | | unknown |
| High Frequency switch mode rectifier | unknown | | unknown |
| Immersion Cooling Tank System | unknown | | unknown |
| Cooling Cabinets | unknown | | unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor    **Reinfro, LLC**                            Case number *(if known)* _____
         Name

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Hyundai Palisade** | unknown | | $50,891.00 |
| 47.2 **Ford Edge** | unknown | | unknown |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| $50,891.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor     **Reinfro, LLC**                                        Case number *(if known)* _____
           Name

| | | | |
|---|---|---|---|
| 55.1 **30512 Ratliff Road Suite C San Benito Industrial Park /** San Benito, TX 78586 | **Lease** | **unknown** | **unknown** |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   [                    ]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 10:**     Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **www.reinfro.com** | **unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.

   [              **$0.00** ]

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

Debtor    **Reinfro, LLC**
_____        Case number *(if known)* _____
          Name

---

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71.   **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   _____
                                  Total face amount      doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.   **Interests in insurance policies or annuities**

_____   _____

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claim against Inteva Products, LLC, under quantum meruit unjust enrichment theory for unpaid value of services provided from Sep 2023 through May 2025**   **$1,000,000.00**

Nature of claim        _____

Amount requested        **unknown**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim        _____

Amount requested        _____

76.   **Trusts, equitable or future interests in property**

_____   _____

---

| Debtor | **Reinfro, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|

| 78. | **Total of Part 11** | |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | **$1,000,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $913.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $298,492.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,891.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................... ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $1,350,296.87 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $1,350,296.87 |

Fill in this information to identify the case:

Debtor name **Reinfro, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
**Ascentium Capital**

**Creditor's mailing address**
**23970 Highway 59 North**

**Kingwood, TX 77339**

**Creditor's email address, if known**
_____

**Date debt was incurred** **02/24/2023**

**Last 4 digits of account number** **5   4   5   6**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
Grieve Electric Oven

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| $46,507.00 | unknown |
| --- | --- |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $1,482,032.00 |
| --- |

Debtor     **Reinfro, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2 Creditor's name**

**Ascentium Capital**

**Describe debtor's property that is subject to a lien**

Forklifts

$62,327.00          unknown

**Creditor's mailing address**

**23970 Highway 59 North**

**Kingwood, TX 77339**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred     02/24/2023**

**Last 4 digits of account number     4 4 5 4**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Reinfro, LLC**
Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

**Ascentium Capital**

Creditor's mailing address

**23970 Highway 59 North**

**Kingwood, TX 77339**

Creditor's email address, if known

_____

Date debt was incurred    **12/08/2023**

Last 4 digits of account number    **0  5  8  8**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Hitachi High Technologies Atomic Absorption Analyst

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$66,590.00**    **unknown**

Debtor   **Reinfro, LLC**

Name

Case number (if known) _____

| | Column A | Column B |
|---|---|---|
| **Part 1:**   Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Ascentium Capital**

**Creditor's mailing address**

**23970 Highway 59 North**

**Kingwood, TX 77339**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **11/28/2023**

**Last 4 digits of account number**   **8  8  0  2**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Quincy Compressor

| | |
|---|---|
| $41,426.00 | unknown |

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Reinfro, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** Creditor's name

**Ascentium Capital**

Creditor's mailing address

**23970 Highway 59 North**

**Kingwood, TX 77339**

Creditor's email address, if known

_____

Date debt was incurred   **02/01/2024**

Last 4 digits of account   **7  6  0  1**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Immersion cooling system

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$163,271.00**          **unknown**

Debtor    **Reinfro, LLC**
          Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** **Creditor's name**

**Hyundai Finance**

**Creditor's mailing address**

**Po Box 650805**

**Dallas, TX 75265-0805**

**Creditor's email address, if known**

_____

**Date debt was incurred**    12/12/2020

**Last 4 digits of account number**    7  6  8  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Hyundai Palisade

**Describe the lien**

Title

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$6,034.00     $50,891.00

Debtor __Reinfro, LLC__
Name

Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

__International Bank of Commerce__
__IBC__

**Creditor's mailing address**

__1200 San Bernardo Ave__

__Laredo, TX 78040-6301__

**Creditor's email address, if known**

**Date debt was incurred** __4/15/2020__

**Last 4 digits of account number** __9   0   7   3__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

__UCC__

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$0.00**

Column B: **unknown**

Debtor  **Reinfro, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.8** Creditor's name

**Leaf Capital Funding, LLC**

Creditor's mailing address

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

Creditor's email address, if known

_____

Date debt was incurred     **07/26/2022**

Last 4 digits of account     **8  0  0  7**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Reverse Osmosis System Filter Press

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$78,478.00**          **unknown**

Debtor   **Reinfro, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Leaf Capital Funding, LLC**

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **10/24/2023**

**Last 4 digits of account number**      **8  0  0  9**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Quincy Compressor Polar Eaton Screw

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$46,281.00**

**unknown**

Debtor  **Reinfro, LLC**
_____   Case number (if known) _____
　　　　Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** **Creditor's name**

**Leaf Capital Funding, LLC**

**Describe debtor's property that is subject to a lien**
High Frequency switch mode rectifier

$52,157.00 | unknown

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **11/3/2023**

**Last 4 digits of account number**   **8  0  1  0**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Reinfro, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.11** **Creditor's name**

**Leaf Capital Funding, LLC**

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Creditor's email address, if known**

_____

Date debt was incurred    **02/05/2024**

Last 4 digits of account number    **8  0  1  1**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Immersion Cooling Tank System

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$87,446.00**    **unknown**

Debtor    **Reinfro, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.12  Creditor's name**

**Leaf Capital Funding, LLC**

**Describe debtor's property that is subject to a lien**

Cooling Cabinets

$158,698.00    unknown

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    04/24/2024

**Last 4 digits of account number**    8  0  1  2

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Reinfro, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.13** **Creditor's name**

**Leaf Capital Funding, LLC**

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Creditor's email address, if known**

_____

Date debt was incurred    **11/10/2022**

Last 4 digits of account number   **1  0  7  3**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$69,457.00**

Column B: **unknown**

Debtor  **Reinfro, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

**Leaf Capital Funding, LLC**

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**

**Creditor's email address, if known**

_____

Date debt was incurred     **09/23/2021**

Last 4 digits of account number     **8  0  0  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Electric Hoist, Girder Crane

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$93,360.00**          **unknown**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **14** of **18**

Debtor     **Reinfro, LLC**

Name

Case number (if known) _____

---

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Tab Bank**

**Describe debtor's property that is subject to a lien**

$15,000.00            unknown

**Creditor's mailing address**

**4185 Harrison Blvd**

**Ogden, UT 84403-2475**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     **7  8  8  8**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Reinfro, LLC**
_____
Name

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16** **Creditor's name**

**U.S. Small Business Administration**

**Creditor's mailing address**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** **7 4 0 6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$495,000.00**

**unknown**

Debtor **Reinfro, LLC**
_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **International Bank of Commerce**<br>**1600 Ruben Torres Blvd**<br>**Brownsville, TX 78526** | Line 2. __7__ | ___ ___ ___ ___ |
| **U.S. Small Business Administration**<br>**409 3rd St Sw**<br>**Washington, DC 20416-0011** | Line 2. __16__ | ___ ___ ___ ___ |
| **United States Attorney**<br>**Civil Process Clerk**<br>**1000 Louisiana St Suite 2300**<br>**Houston, TX 77002** | Line 2. __16__ | ___ ___ ___ ___ |
| **U.S. Small Business Administration**<br>**10737 Gateway West Suite 300**<br>**El Paso, TX 79935** | Line 2. __16__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor   **Reinfro, LLC**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Reinfro, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Debtor  **Reinfro, LLC**

Name

Case number *(if known)* _____

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Abyra Group**

**30512 Ratliff Rd, Suite A**

**San Benito, TX 78586**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**First Bankcard**

**Po Box 2557**

**Omaha, NE 68103-2557**

Date or dates debt was incurred   **03/25/2025**

Last 4 digits of account number   **7  0  0  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$8,079.00**

---

**3.3** Nonpriority creditor's name and mailing address

**International Bank of Commerce IBC**

**1200 San Bernardo Ave**

**Laredo, TX 78040-6301**

Date or dates debt was incurred _____

Last 4 digits of account number   **6  2  4  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$238,536.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Inteva Products LLC**

**c/o C T Corporation**

**1999 Bryan St 900**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

Debtor   **Reinfro, LLC**
          Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Reoperaciones Industriales Fronterizos, S. de R.L. de C.V.**

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Reinfro, LLC**

Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Bodman PLC**<br><br>**Attn: Jeffrey Raphelson**<br>**6th Floor at Ford Field**<br><br>**1901 St. Antoine St**<br><br>**Detroit, MI 48226** | Line **3.4**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  **Reinfro, LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$246,615.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$246,615.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Reinfro, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Orders** | **Inteva Products LLC** |
| | | **Contract to be REJECTED** | **c/o C T Corporation** |
| | State the term remaining | **0 months** | **1999 Bryan St 900** |
| | List the contract number of any government contract | | **Dallas, TX 75201** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Reinfro, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 | **Gonzalez, Abelardo** | **7 Pizarro Ave**<br>Street<br><br>**Rancho Viejo, TX 78575-9633**<br>City          State          ZIP Code | **International Bank of Commerce IBC**<br><br>**Tab Bank** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street<br><br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br><br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **Reinfro, LLC**
Name

Case number (if known)

| Additional Page if Debtor Has More Codebtors |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name **Reinfro, LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. | **$1,350,296.87**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ | **$1,350,296.87**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. | **$1,482,032.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+   $246,615.00**

4. **Total liabilities**...................................................................................................... | **$1,728,647.00**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  **Reinfro, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$947,256.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,857,445.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,406,015.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Reinfro, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Cofine, SAPI de CV Sofom ENR**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____ <br> _____ <br> _____ <br> _____ | **$10,025.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| **3.2.** **International Bank of Commerce IBC**<br>Creditor's name<br>**1200 San Bernardo Ave**<br>Street<br><br>**Laredo, TX 78040-6301**<br>City          State     ZIP Code | _____ <br> _____ <br> _____ | **$10,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **3.3.** **Reoperaciones Industriales Fronterizos, S. de R.L. de C.V.**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____ <br> _____ <br> _____ | **$96,842.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor  **Reinfro, LLC**

Name

Case number *(if known)* _____

4.1.  **Raul Gonzalez**          _____  **$89,814.00**    Loan payment
Creditor's name

_____
Street

_____

_____
City          State   ZIP Code

| Relationship to debtor |
|---|

_____

4.2.  **Abelardo Gonzalez**       _____  **$90,000.00**    Loan payment
Creditor's name

**7 Pizarro Ave**
Street

**Rancho Viejo, TX 78575-9633**
City          State   ZIP Code

| Relationship to debtor |
|---|

_____

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City    State   ZIP Code | _____ | _____ | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City    State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Debtor | Reinfro, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Inteva Products, LLC. v Reinfro LLC** | **Breach of contract** | **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION** <br> Name <br><br> **231 W Lafayette Blvd** <br> Street <br><br><br> **Detroit, MI 48226** <br> City                State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **23-cv-12269** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br><br> City          State     ZIP Code | Case title <br><br><br> Case number <br><br><br> Date of order or assignment | Court name and address <br><br> Name <br><br> Street <br><br><br> City          State     ZIP Code |

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br><br> City          State     ZIP Code <br><br> Recipient's relationship to debtor | | | |

Debtor   **Reinfro, LLC**
_____   Case number *(if known)* _____
Name

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | _____ | _____ | **$35,000.00** |

| Address |
|---|
| **6200 Savoy Suite 1150** |
| Street |
| |
| **Houston, TX 77036** |
| City                State     ZIP Code |

| Email or website address |
|---|
| |

| Who made the payment, if not debtor? |
|---|
| |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | Trustee | | | |
| | _____ | | | |

Debtor      **Reinfro, LLC**                                                    Case number *(if known)* _____
Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| **Address** | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____  To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor **Reinfro, LLC**_____
Name

Case number *(if known)*_____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____

_____

_____
Street

| Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|

_____
City          State      ZIP Code

_____

*Check all that apply:*

☐ Electronically

☐ Paper

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____   EIN:  $\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_$

Has the plan been terminated?

☐ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Vantage Bank Texas**<br>Name<br>**5151 San Felipe St**<br>Street<br>**Houston, TX 77056-3607**<br>City          State      ZIP Code | XXXX– **1  1  1  7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | _____ |

Debtor    **Reinfro, LLC**
          Name                                                    Case number *(if known)*

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|-----------------------------|
|      | _____ Name | _____ | _____ | ☐ No |
|      | _____ Street | _____ | _____ | ☐ Yes |
|      | _____ | **Address** | _____ | |
|      | _____ City          State     ZIP Code | _____ | _____ | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|-----------------------------|
|      | _____ Name | _____ | _____ | ☐ No |
|      | _____ Street | _____ | _____ | ☐ Yes |
|      | _____ | **Address** | _____ | |
|      | _____ City          State     ZIP Code | _____ | _____ | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|---------------------------|------------------------------|-------|
| _____ Name | _____ | _____ | _____ |
| _____ Street | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ City          State     ZIP Code | | _____ | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   **Reinfro, LLC**                                        Case number *(if known)* _____
_____
Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | | _____ | |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Reinfro, LLC**
       Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State      ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Burton McCumber & Longoria, LLP**<br>Name<br><br>**1950 Paredes Line Rd**<br>Street<br><br>**Brownsville, TX 78521-1692**<br>City      State      ZIP Code | From **2012** To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Burton McCumber & Longoria, LLP**<br>Name<br><br>**1950 Paredes Line Rd**<br>Street<br><br>**Brownsville, TX 78521-1692**<br>City      State      ZIP Code | _____<br><br>_____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **Reinfro, LLC**
Name               Case number *(if known)*

| Name and address |
| --- |

26d.1.

Name

Street

City       State    ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City       State    ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Abelardo Gonzalez** | **7 Pizarro Ave Rancho Viejo, TX 78575-9633** | **President, Member** | **95.00%** |
| **Raul Gonzalez** | **150 Dreamway Brownsville, TX 78526-9780** | **Vice President, Member** | **5.00%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From |
| | | | To |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor     **Reinfro, LLC**
Name                                                      Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____     _____   _____   _____

Name _____

Street _____

_____

City _____     State _____     ZIP Code _____

**Relationship to debtor**

_____

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **02/18/2026**
                MM/ DD/ YYYY

**X** **/s/ Raul Gonzalez**                          Printed name          **Raul Gonzalez**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12 /25)

# United States Bankruptcy Court
### Southern District of Texas

**In re**      Reinfro, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ..................................................................................    **$35,000.00**

Prior to the filing of this statement I have received ........................................................................    **$35,000.00**

Balance Due ...................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __02/18/2026__ | __/s/ Robert C Lane__ |
|---|---|
| Date | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

__The Lane Law Firm__
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **Reinfro, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **02/18/2026**     Signature             **/s/ Raul Gonzalez**

Raul Gonzalez, Vice President

ABYRA GROUP
30512 RATLIFF RD, SUITE A
SAN BENITO, TX 78586


ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD, TX 77339


BODMAN PLC
ATTN: JEFFREY RAPHELSON
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE ST
DETROIT, MI 48226

FIRST BANKCARD
PO BOX 2557
OMAHA, NE 68103-2557


ABELARDO GONZALEZ
7 PIZARRO AVE
RANCHO VIEJO, TX 78575-9633


HYUNDAI FINANCE
PO BOX 650805
DALLAS, TX 75265-0805


INTERNATIONAL BANK OF
COMMERCE
1600 RUBEN TORRES BLVD
BROWNSVILLE, TX 78526


INTERNATIONAL BANK OF
COMMERCE IBC
1200 SAN BERNARDO AVE
LAREDO, TX 78040-6301

INTEVA PRODUCTS LLC
C/O C T CORPORATION
1999 BRYAN ST 900
DALLAS, TX 75201


LEAF CAPITAL FUNDING, LLC
2005 MARKET STREET, 14TH FLOOR
PHILADELPHIA, PA 19103


REINFRO, LLC
30512 RATLIFF ST
SAN BENITO, TX 78586-0272


REOPERACIONES
INDUSTRIALES
FRONTERIZOS, S. DE R.L. DE
C.V.


TAB BANK
4185 HARRISON BLVD
OGDEN, UT 84403-2475


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


U.S. SMALL BUSINESS
ADMINISTRATION
14925 KINGSPORT RD
FORT WORTH, TX 76155-2243


U.S. SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011

U.S. SMALL BUSINESS
ADMINISTRATION
10737 GATEWAY WEST SUITE 300
EL PASO, TX 79935


UNITED STATES ATTORNEY
CIVIL PROCESS CLERK
1000 LOUISIANA ST SUITE 2300
HOUSTON, TX 77002